■ In the Matter of the Estate of ELSA KINAVS, Deceased. GORG ALEXEJEW, Appellant; HELGA TARANTO, Respondent. [627 NYS2d 983] —Appeal by the petitioner from a decree of the Surrogate's Court, Nassau County (Radigan, S.), dated June 27, 1994.

Ordered that the decree is affirmed, with costs, payable by the appellants' personally, for reasons stated by Surrogate Radigan at the Surrogate's Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.